IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

**CARLOS AVILES ARMENTA, #743688** §

**VS.** § **CIVIL ACTION NO. 5:11cv149**

**KICKER 102.5 RADIO STATION, ET AL.** §

<u>ORDER OF DISMISSAL</u>

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge Caroline M. Craven, who issued a Report and Recommendation concluding that the complaint should be dismissed. The Plaintiff filed a response stating that he agrees with the recommendation. The Report of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts same as the findings and conclusions of the Court. It is accordingly

**ORDERED** that the civil rights complaint is **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915A(b)(1). The Plaintiff's possible state claims are **DISMISSED** without prejudice. All motions not previously ruled on are hereby **DENIED**.

**SIGNED this 13th day of September, 2011.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE